No. 76–1382. UNITED STATES v. SCOTT. C. A. 6th Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.

No. 76–6942. LAKESIDE v. OREGON. Sup. Ct. Ore. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted.

No. 76–6997. LOCKETT v. OHIO. Sup. Ct. Ohio. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted.

No. 77–5176. FRANKS v. DELAWARE. Sup. Ct. Del. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted.

No. 76–1653. AMERICAN INSTITUTE FOR SHIPPERS' ASSNS., INC., ET AL. v. INTERSTATE COMMERCE COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied.

No. 76–1661. J. L. SIMMONS CO., INC., ET AL. v. ILLINOIS ET AL. C. A. 7th Cir. Certiorari denied.

No. 76–1710. TEXAS v. UNITED STATES STEEL CORP. ET AL. C. A. 5th Cir. Certiorari denied.

No. 76–1723. HEISE v. CALIFORNIA. App. Dept., Super. Ct. Cal., County of San Diego. Certiorari denied.

No. 76–1727. MALLEY, WARDEN v. JAMES. C. A. 10th Cir. Certiorari denied.

No. 76–1768. TALLANT ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied.